923 A.2d 1097

IN RE ADVISORY COMMITTEE ON PROFESSIONAL
ETHICS OPINION 705.

December 7, 2006.

O R D E R

IT IS ORDERED that the petition for review of the Advisory Committee on Professional Ethics Opinion Number 705, entitled *Conflict of Interest Law Post–Employment Restrictions,* is granted.